IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF O HIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Melvin Robertson,** | ) | Case No. 1:23-cv-891 |
| | ) | |
| Plaintiff, | ) | Judge Patricia A. Gaughan |
| | ) | |
| vs. | ) | **JOINT NOTICE OF SETTLEMENT OF** |
| | ) | **PLAINTIFF'S CLAIMS AND MOTION** |
| **Officer Robert Taylor and City of Cleveland,** *et al.,* | ) | **TO STAY DEADLINES PERTAINING** |
| | ) | **TO PLAINTIFF'S CLAIMS** |
| | ) | |
| Defendants. | ) | |

The parties give notice that they have reached a tentative settlement as to all Plaintiff's claims as against all Defendants. Counsel are preparing a settlement agreement which we expect to finalize within the next 30 days and file a notice of dismissal. The parties respectfully request that in light of the settlement, the Court suspend all deadlines relating to the dispositive motions pertaining to Plaintiff. The parties will file a status report in 30 days if Plaintiff's claims are not otherwise dismissed by that time. The Third-Party Complaint filed by Giant Eagle against Security Hut remains pending, and this request is not intended to affect any deadlines relating to that matter.

Respectfully submitted,

*/s/ Elizabeth Bonham*
Sarah Gelsomino (0084340)
Terry H. Gilbert (0021948)
Marcus Sidoti (0077476)
Elizabeth Bonham (0093733)
Friedman Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com

          terry@FGGfirm.com
          marcus@FGGfirm.com
          elizabeth@FGGfirm.com
          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 20, 2024, I filed a copy of this document using the Court's CM/ECF system and that all parties are represented by counsel and all counsel of record will receive service through that system.

          */s/ Elizabeth Bonham*
          Elizabeth Bonham (0093733)
          *One of the attorneys for Plaintiff*