IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MELVIN ROBERTSON,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICER ROBERT TAYLOR, CITY OF CLEVELAND, GIANT EAGLE, INC., and SECURITY HUT, INC.,<br><br>   Defendants.<br><br>GIANT EAGLE, INC.,<br><br>   Third-Party Plaintiff,<br><br>   v.<br><br>SECURITY HUT, INC.,<br><br>   Third-Party Defendant. | Civil No. 1:23-cv-00891-PAG<br><br>Honorable Patricia A. Gaughan<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

Counsel for all the respective parties in this action jointly stipulate that Plaintiff's claims in the above-captioned matter have been settled and stipulate to the voluntary dismissal of Plaintiff's claims with prejudice with each party bearing their own costs. The parties move that the Court enter an order dismissing the case and retaining jurisdiction for the purpose of enforcing the settlement agreement.

Respectfully submitted,

*/s/ Elizabeth Bonham*
Sarah Gelsomino (0084340)
Terry H. Gilbert (0021948)
Elizabeth Bonham (0093733)
Friedman Gilbert + Gerhardstein
50 Public Square, Suite 1900

Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com
terry@FGGfirm.com
elizabeth@FGGfirm.com
*Counsel for Plaintiff*


By: */s/ Daniel J Stuart*
Jonathan D. Marcus (admitted *pro hac vice*)
jmarcus@marcus-shapira.com
James F. Rosenberg (admitted *pro hac vice*)
rosenberg@marcus-shapira.com
Daniel J. Stuart (admitted *pro hac vice*)
stuart@marcus-shapira.com
Joshua A. Kobrin (admitted *pro hac vice*)
kobrin@marcus-shapira.com
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh PA  15219
Telephone:      (412) 471-3490
Facsimile: (412) 391-8758

and

Michael N. Chesney (#0059826)
mchesney@frantzward.com
Jonathan M. Scandling (#0093905)
jscandling@frantzward.com
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114-1230
Telephone:      (216) 515-1660
Facsimile: (216) 515-1650
*Counsel for Giant Eagle, Inc.*


*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
Facsimile:   (330) 670-7440 / (330) 670-7458
Email:  *kcalderone@hcplaw.net*

2

*jlatchney@hcplaw.net*
*Attorneys for Defendant Robert Taylor*

/s/ Eric J. Weiss
ERIC J. WEISS (0073066)
REMINGER CO., L.P.A.
200 Public Square, Ste. 1200
Cleveland, Ohio 44114
(216) 687-1311; Fax: (216) 687-1841
E-mail: eweiss@reminger.com

*Counsel for Defendant Security Hut*

## CERTIFICATE OF SERVICE

I certify that on December 11, 2024, I filed a copy of the foregoing joint filing using the Court's CM/ECF system and all parties will receive notice and service, through counsel of record, via that system.

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
*Counsel for Plaintiff*